UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHIRRON GAYLES-ZANDERS,

    Petitioner,

    v.

WILLIAM REUBART, *et al.*,

    Respondents.

Case No. 2:25-cv-02325-GMN-EJY

**ORDER**

In this habeas corpus action, the Court appointed counsel for the petitioner, Shirron Gayles-Zanders. ECF No. 3.  The Federal Public Defender for the District of Nevada appeared on Petitioner's behalf on December 22, 2025. ECF No. 7. Now with counsel, Gayles-Zanders is due to file an amended habeas petition by March 23, 2026. *See* ECF No. 8.

On March 5, 2026, Gayles-Zanders initiated a separate habeas action in this Court—Case No. 2:26-cv-00613-JAD-DJA—by filing a *pro se* document entitled "New Petition for Preliminary Injunction for Immediate Release from Custody" (hereafter "Motion for Preliminary Injunction") ECF Nos. 1-1 and 4 in Case No. 2:26-cv-00613-JAD-DJA.  On March 5, United States District Judge Jennifer A. Dorsey, noting the pendency of this case, dismissed Case No. 2:26-cv-00613-JAD-DJA as redundant and ordered the Motion for Preliminary Injunction filed in this case. ECF No. 3 in Case No. 2:26-cv-00613-JAD-DJA.  The Motion for Preliminary Injunction was filed in this case on March 6. ECF No. 10.

This Court's Local Rule LR IA 11-6(a) states:

> Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case.  This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.

The Court will deny the *pro se* Motion for Preliminary Injunction, without prejudice, on the ground of LR IA 11-6. Any such motion must be filed by counsel.

**IT IS THEREFORE ORDERED** that Petitioner's "New Petition for Preliminary Injunction for Immediate Release from Custody" (ECF No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order, by electronic means, to Petitioner Shirron Gayles-Zanders at the Florence McClure Women's Correctional Center.

DATED THIS __6__ day of _____March_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

2