UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHIRRON GAYLES-ZANDERS,

    Petitioner,

    v.

WILLIAM REUBART, *et al.*,

    Respondents.

Case No. 2:25-cv-02325-GMN-EJY

**ORDER**

In this habeas corpus action, on November 24, 2025, the Court screened Petitioner Shirron Gayles-Zanders's *pro se* petition for writ of habeas corpus and ordered it served on Respondents; the Court also appointment counsel for Gayles-Zanders. ECF No. 3. Appointed counsel—the Federal Public Defender for the District of Nevada—appeared for Gayles-Zanders on December 22, 2025. ECF No. 7. The Court then issued a scheduling order setting a schedule for further proceedings, including a March 23, 2026, deadline for Gayles-Zanders to file an amended habeas petition. ECF No. 8.

On March 23, 2026, instead of filing an amended petition, Gayles-Zanders filed a Motion for Stay and Abeyance, requesting that this action be stayed while she continues to litigate a state court habeas action that has been pending since June 15, 2024. ECF No. 12. On March 26, 2026, Respondents filed a notice stating that they do not oppose the motion for stay. ECF No. 13. The Court finds that there is good cause to stay this case so that Gayles-Zanders can further exhaust her claims in state court before proceeding here. *See Rhines v. Weber*, 544 U.S. 269, 277–78 (2005).

In granting Gayles-Zanders's motion and staying this case, the Court does not make any comment regarding, and does not intend to affect in any manner, the operation of any applicable statute of limitations.

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Stay and Abeyance (ECF No. 12) is **GRANTED**. This action is stayed while Petitioner litigates her state court habeas action.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to administratively close this case.

**IT IS FURTHER ORDERED** that following the conclusion of Petitioner's state court proceedings Petitioner must, within 30 days, make a motion to lift the stay of this action.

**IT IS FURTHER ORDERED** that this action will be subject to dismissal if Petitioner does not comply with the time limits in this order, or if she otherwise fails to proceed with diligence during the stay imposed by this order.

DATED THIS __3__ day of _____April_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE