**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHIRRON GAYLES-ZANDERS,

                                        Petitioner,

v.

WILLIAM REUBART,

                                        Respondent.

Case No. 2:25-cv-02325-GMN-EJY

**ORDER**

Petitioner Shirron Gayles-Zanders commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 5 ("Petition").)  The Court appointed the Federal Public Defender for the District of Nevada ("FPD") to represent Gayles-Zanders. (ECF No. 3.)  Counsel filed an unopposed Motion for Stay and Abeyance, and the Court granted the Motion. (ECF Nos. 12, 14.)  Gayles-Zanders has now filed a Motion Requesting Substitute Federal Counsel. (ECF No. 16.)  In her motion, Gayles-Zanders explains, *inter alia*, that her counsel is "compromised" and distrust has resulted "due to her unsupported reasons given as to why she refused and failed to refile [a] preliminary injunction." (*Id*. at 9.)  The Court is not inclined to grant Gayles-Zanders's Motion, especially since there is no basis for a preliminary injunction in this matter, but the Court would like for the FPD to file a response to the Motion, indicating whether a breakdown in the attorney-client relationship has occurred.

It is therefore Ordered that the FPD file a response to the Motion on or before June 12, 2026, unless more time is requested and approved.

Dated:    May 26, 2026

_____
Gloria M. Navarro, Judge
United States District Court