**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHIRRON GAYLES-ZANDERS, | Case No. 2:25-cv-02325-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM REUBART, | |
| Respondent. | |

Petitioner Shirron Gayles-Zanders commenced this federal habeas action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 5 ("Petition").)  The Court appointed the Federal Public Defender for the District of Nevada ("FPD") to represent Gayles-Zanders. (ECF No. 3.)  Counsel filed an unopposed Motion for Stay and Abeyance, and the Court granted the Motion. (ECF Nos. 12, 14.)  Gayles-Zanders filed a Motion Requesting Substitute Federal Counsel. (ECF No. 16.)  The FPD filed a response, stating that counsel and Gayles-Zanders were at an "impasse" but that there was otherwise no "breakdown in the attorney-client relationship that would interfere with counsel's ability to fully represent Ms. Gayles-Zanders." (ECF No. 18 at 3.)  Based on the FPD's response, the Court denied Gayles-Zanders's Motion. (ECF No. 19.)  Gayles-Zanders has now filed two Motions to Dismiss Counsel and a Motion to Lift Stay to Amend Initial Motion to Remove Case from State Court. (ECF Nos. 20, 21, 22.)

In light of Gayles-Zanders's request to represent herself, the Court grants Gayles-Zanders's request to remove the FPD.  However, the Court defers ruling on Gayles-Zanders's Motion to Lift stay to Amend Initial Motion to Remove Case from State Court until after Respondent has filed a response.

It is therefore Ordered that the Motions to Dismiss Counsel [ECF Nos. 21, 22] are granted. The Federal Public Defender is relieved as counsel, and Gayles-Zanders is returned to *pro se* status.

It is further kindly Ordered that the Clerk of the Court update the docket sheet and send the FPD a courtesy copy of this Order.

It is further Ordered that Respondent file a response to the Motion to Lift stay to Amend Initial Motion to Remove Case from State Court [ECF No. 20] within 14 days of the date of this Order.  Gayles-Zanders will then have 7 days to file her reply.

Dated:    June 29, 2026

_____
Gloria M. Navarro, Judge
United States District Court