**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHIRRON GAYLES-ZANDERS,

Petitioner,

v.

WILLIAM REUBART,

Respondent.

Case No. 2:25-cv-02325-GMN-EJY

**ORDER**

On October 19, 2026, the Court received a Memorandum from Frank Dreesen, Acting Warden of Florence McClure Women's Correctional Center, explaining that inmates housed at Florence McClure Women's Correctional Center had not been receiving "incoming notices, motions, and orders from the U.S. District Court dating back to September 21, 2026." Based on this Memorandum, the Court kindly instructs the Clerk of the Court to resend a copy of the Court's September 23, 2026, Order to Petitioner Shirron Gayles-Zanders.

It is therefore Ordered that the Clerk of the Court resend ECF No. 79 to Gayles-Zanders.

Dated: October 21, 2026

Gloria M. Navarro, Judge
United States District Court